UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                        Case No. 09-20536
v.                                                Honorable Thomas L. Ludington

OTIS GREEN,

        Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO CHANGE**
**APPOINTED COUNSEL AND DENYING DEFENDANT'S MOTION TO DISMISS**

In November 2009, a grand jury in the Eastern District of Michigan returned a forty-nine-count indictment against fifteen defendants accused of conspiring to distribute cocaine and cocaine base near Bay City, Michigan, in violation of 21 U.S.C. §§ 841(a)(1) and 846. When the grand jury issued a second superseding indictment on August 5, 2010, the alleged conspiracy grew to include twenty-five defendants and fifty-eight criminal charges. ECF No. 182.

One of these defendants, Otis Green, moved to dismiss the charges against him (ECF No. 521) and moved to change his appointed counsel (ECF No. 582). On March 29, 2012, a hearing was held on the motion to dismiss and the motion to have counsel withdraw and have new counsel appointed

For the reasons stated on the record, it is **ORDERED** that Defendant Otis Green's motion to dismiss (ECF No. 521) is **DENIED** and that Defendant's motion to change counsel (ECF No. 582) is **DENIED**.

                                                  s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge

Dated: March 30, 2012

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 30, 2012.

s/Tracy A. Jacobs
TRACY A. JACOBS
